WO

JL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Timothy Scott Sevelis, | No. CV 21-00745-PHX-JAT (MTM) |
| Plaintiff, | |
| v. | **ORDER** |
| Daniel Beckwith, et al., | |
| Defendants. | |

Plaintiff Timothy Scott Sevelis, who is confined in the Central Arizona Detention Center in Florence, Arizona, has filed a Motion for Release (Doc. 4). Plaintiff cannot obtain release from custody in a civil rights proceeding; rather, the sole federal remedy for a person challenging the fact or duration of his confinement is a petition for writ of habeas corpus. *See Preiser v. Rodriguez*, 411 U.S. 475, 500 (1973). Plaintiff's Motion will therefore be denied.

**IT IS ORDERED** that Plaintiff's Motion for Release (Doc. 4) is **denied**.

Dated this 21st day of May, 2021.

James A. Teilborg
Senior United States District Judge